UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Kathy Elaine Taylor<br><br>1765 Walpole Way<br>Johns Island, SC 29455<br><br>SSN#(s) (xxx-xx-1199)<br><br>Debtors | Bankruptcy Case No. 19-00242-dd<br>Chapter 13 |

## PAYMENT INCREASE STIPULATION

The above-referenced debtors file this stipulation after consultation with the chapter 13 trustee. The parties agree that the plan payments must be increased in order to adequately fund the plan and/or comply with 11 U.S.C. § 1325.

The plan payments and/or length of plan, as set forth in Section 2.1 of the plan filed 1/11/2019 are hereby adjusted to $1335 for 2 months followed by $1435 for 58 months.

This stipulation does not bar the chapter 13 trustee and debtors from stipulating to a further change should one be necessary; nor does it affect the debtors' other obligations required under said plan.

*The chapter 13 trustee, debtors, and the attorney for the debtors, if any must sign below.*

/s/ Kathy Taylor                     Date: 3/29/2019
Debtor

/s/ John C. Waites                   Date: 3/29/19
J. Christian Waites
Moss & Associates, Attorneys P.A.
2170 Ashley Phosphate Rd, Ste 405
N. Charleston, SC 29406
(843)744-3002
District Court I.D. #12607
Attorney for the Debtor

/s/                                  Date: 4-1-19
James M. Wyman, Trustee
Beth Renno, Staff Attorney, SC DCID #5627
P.O. Box 997
Mt. Pleasant, SC 29465
Email: renno@charleston13.com
(843)388-9844